# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 14, 2013

## NO. 03-12-00826-CV

**D. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## AFFIRMED -- OPINION BY CHIEF JUSTICE JONES

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's decree: **IT IS THEREFORE** considered, adjudged and ordered that the trial court's decree is in all things affirmed. It **FURTHER** appearing to the Court that appellant has filed an affidavit of inability to pay costs, it is **FURTHER** ordered that no costs of appeal be assessed against appellant; and that this decision be certified below for observance.